# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Vicki Peterson, Paul Sadeghi, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 24-cv-3497 (JMB/DLM) |
| 3M Company, EIDP, Inc., Chemours Company, The, | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion to Dismiss (Doc. No. 25) is GRANTED;

2. This action is DISMISSED WITHOUT PREJUDICE.

Date: 10/1/2025                                KATE M. FOGARTY, CLERK